UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ADAM RODRIGUEZ,<br><br>                       Plaintiff,<br>    v.<br>CORE CIVIC, *et al.*,<br>                       Defendants. | Case No. 2:20-cv-01251-RFB-NJK<br><br>ORDER |

According to the inmate database for the Bureau of Prisons, Plaintiff is no longer incarcerated at Nevada Southern Detention Center. However, Plaintiff has not filed an updated address notification with the Court informing the Court of his current address. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Therefore, it is **ORDERED** that Plaintiff shall file his updated address with the Court no later than February 22, 2021.

It is further ordered that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

DATED: January 22, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE